AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

Northern Division for the District of Utah

Douglas Rydalch

v.

Southwest Airlines

**JUDGMENT IN A CIVIL CASE**

Case Number: 1:09 cv 178 CW

IT IS ORDERED AND ADJUDGED

that judgment be entered in favor of the defendant and plaintiff's cause of action is dismissed with prejudice.

August 4, 2011
Date

D. Mark Jones
Clerk of Court

(By) Deputy Clerk